UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| JESSICA DANIELLE VANDERBILT | ) | CASE NO. 17-63168-JRS |
| DEBTOR(S). | ) | |
| | ) | JUDGE SACCA |
| | ) | |

### NOTICE RESCHEDULING CONFIRMATION HEARING

NOTICE IS HEREBY GIVEN THAT A CONFIRMATON HEARING HAS BEEN RESET TO *February 6, 2018 at 10:00 AM, U.S. Bankruptcy Court, Courtroom 1404, Russell Federal Building, 75 Ted Turner Dr., SW, Atlanta, Georgia 30303.*

**Objections to the confirmation of the Modified Plan must be filed with the Court and served on the Debtor(s), the attorney for the Debtor(s), and the Chapter 13 Trustee at least seven days before the date set for the hearing on confirmation.**

### CERTIFICATE OF SERVICE

I, hereby certify that I have this day served a copy of the foregoing **Notice of the Confirmation Hearing** on:

Nancy J. Whaley
Chapter 13 Trustee
SunTrust Plaza Garden Offices
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303

Jessica Vanderbilt
384 Teague Drive
Kennesaw, GA 30152

All entities on the attached list.

This 10th day of January 2018.

/s/ Jeffrey Kelly
Jeffrey Kelly
LAW OFFICE OF JEFFREY B. KELLY, P.C.
ATTORNEY FOR DEBTOR(S)
GEORGIA BAR NO. 412798
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com

107 E. 5th Avenue
Rome, GA 30161
(706) 413-3837 (Phone)

ACS
P.O. Box 3000
Mc Rae, GA 31055


Amsouth Bank/Regions Bank
Consumer Collections/Bankruptcy Departme
Po Box 10063
Birmingham, AL 35202


Anita Westerhoff
10 Farmbrook Dr
Cartersville, GA 30120


Anita Westerhoff
10 Farmbrook Drive
Cartersville, GA 30120


BB&T
PO BOX 2306
Wilson, NC 27894


Brock & Scott, PLLC
4360 Chamblee Dunwoody Road
Suite 310
Atlanta, GA 30341


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Community State Bank
Attention: Bankruptcy
Po Box 3910
Tupelo, MS 38803

Credit Management
Attention: Bankruptcy Dept
Po Box 118288
Carrollton, TX 75011


Equifax
PO Box 740241
Atlanta, GA 30374-0241


Experian
PO Box 9701
Allen, TX 75013-9701


GA Dept of Revenue
PO Box 740323
Atlanta, GA 30374-0323


IRS
PO Box 105404
Atlanta, GA 30348-5404


Natiowide Recovery Service
545 West Inman St
Cleveland, TN 37311


Regions Mortgage
P.O. Box 18001
Hattiesburg, MS 39404


Seventh Ave
1112 7th Ave
Monroe, WI 53566


Trans Union
PO Box 1000
Chester, PA 19022